**Federal Defenders**
OF NEW YORK, INC.

Eastern District
100 Federal Plaza, Room 770
Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (612) 712-6505

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

December 15, 2025

The Honorable Anne Y. Shields
United States Magistrate Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *United States v. Tamara Mayorga-Wong,* 25-MJ-328 (AYS)
             Requests to Modify Release Conditions

Dear Judge Shields:

    I represent Tamara Mayorga-Wong in the above referenced matter. I write to the Court requesting travel permission for Ms. Mayorga-Wong.

    Ms. Mayorga-Wong respectfully requests that she be permitted to travel to Easton, Maryland, from December 22, 2025, to December 28, 2025, to spend Christmas with her family. If this request is granted, Ms. Mayorga-Wong will provide her itinerary to Pretrial Services and will further comply with any other directives related to her travel.

    I have reached out to both the government and Pretrial Services who have no objections to this request. Thank you for your consideration.

                                            Respectfully submitted,

                                            Felipe Garcia
                                            Assistant Federal Defender
                                            Federal Defenders of New York, Inc.
                                            770 Federal Plaza | Central Islip, NY 11722
                                            Phone: (631) 712-6500 Fax: (631) 712-6505
                                            Email: felipe_garcia@fd.org

cc:    Adam Toporovsky, AUSA (by ECF and email)
        Kristina De Prime, Pretrial (by email)